JACOB THOMANN, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

(Submitted March 23, 1931; decided March 31, 1931.)

*Charles S. Gordon* for motion.
*Clarence M. Platt* and *Charles B. Forsyth* opposed.
Motion denied.